

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 7, 2008

By Hand

Lisa M. Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 434
White Plains, New York 10956



    Re:    Michael Sylvestro v. Astrue
             07 Civ. 9554 (KMK)(LMS)

Dear Judge Smith:

       This Office represents the Commissioner of Social Security, defendant in the above-captioned action. We write respectfully to request an extension of defendants's time to answer or move with respect to the complaint.

       The defendant's answer is due today, March 7, 2008. However, this Office has only recently received the administrative record in this case. In order to allow time to review the record and, if necessary, to discuss this matter with Social Security Administration personnel, we respectfully request that defendant's time to answer be extended to April 18, 2008. Plaintiff's counsel has consented to this request. One previous extension was granted in this case.

*[handwritten notation:]* Deemed letter motion Motion granted. SO ORDERED. Lisa Margaret Smith USMJ 3/11/08