```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10 31 11

------------------------------------------------------------x

JEFFREY A. SILVESTRO,
          Petitioner,

v.

MICHAEL ASTRUE, Commissioner of Social Security,
          Respondent.

------------------------------------------------------------x

**MEMORANDUM DECISION**

07 CV 9554 (VB)

Briccetti, J.:

    Before the Court is the Report and Recommendation ("R&R") dated August 23, 2011, of Magistrate Judge Lisa M. Smith in this action. (Doc. #25.)

    A district court reviewing a magistrate judge's R&R "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may raise objections to the recommended ruling "[w]ithin fourteen days after being served with a copy [of the recommended disposition]." Id. The district court may adopt those portions of the R&R to which no timely objections have been made, provided no clear error is apparent from the face of the record. See Lewis v. Zon, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008).

    Neither plaintiff nor defendant has filed objections to the R&R. I discern from the face of the record no clear error in the R&R, and adopt it as the decision of the Court. Defendant's motion to dismiss (Docs. # 16, 17) is DENIED, plaintiff's cross-motion for judgment on the pleadings (Docs. # 18, 19) is GRANTED, and the case is remanded for further administrative proceedings to develop a comprehensive record from which the Administrative Law Judge may make appropriate findings.

The Clerk of the Court is instructed to close this case.

Dated: October 31, 2011
       White Plains, NY

SO ORDERED

Vincent L. Briccetti
United States District Judge